IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-88-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| PHILLIP ANTHONY WALLACE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 88). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on December 5, 2024. (Doc. 74).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d). (Docs. 76, 76-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c).

1

IT IS ORDERED:

1. The Motion for Final Order of Forfeiture is GRANTED;

2. The following firearms shall be returned to their lawful owner, R.S., when no longer needed as evidence and in accordance with governing law:

- Savage, model 111, .30-06 caliber, bolt action rifle, serial number H621854;
- Marlin, model 60, .22 caliber, semi-automatic rifle, serial number 17305873;
- Savage, model Stevens 94C, .410 bore shotgun, no serial number; and
- Ruger, model P345, .45 caliber, semi-automatic pistol, serial number 664-13733.

3. Pursuant to 18 U.S.C. § 924(d), judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Approximately 728 rounds of assorted ammunition.

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 17th day of June, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge