**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PHILLIP ANTHONY WALLACE,**<br><br>**Defendant.** | **CR 23-88-BLG-SPW**<br><br>**ORDER** |

The United States has moved the Court to Dismiss the Petition for Warrant (Doc. 94) for offender under supervision and quash the arrest warrant. For good cause being shown,

IT IS HEREBY ORDERED that the United States' motion (Doc. 94) is **GRANTED**. The August 26, 2026, petition for warrant (Doc. 92) for offender under supervision is **DISMISSED** and the Arrest Warrant (Doc. 93) is **QUASHED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of September 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge